UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA SPOON, SOPHIA COOK-PHILLIPS, and ERIC MOLL,<br><br>Plaintiffs,<br><br>v.<br><br>BAYOU BRIDGE PIPELINE LLC, HUB ENTEPRISES, INC., P&P OFFICER HERMAN MATHERNE, P&P OFFICER MARK WARD, P&P OFFICER JON BARBERA, P&P OFFICER HEATHER M. PENNINGTON, P&P OFFICER DOE 1, P&P OFFICER DOE 2, SHERIFF RONALD THERIOT, and DEPUTY SHERIFF DOES 1–10,<br><br>Defendants. | Case No. |

**STATEMENT OF COLLATERAL PROCEEDINGS**

In accordance with Local Civil Rule 3, undersigned counsel notify the Court that the present case shares a material part of its subject matter or operative facts with the following case currently pending before the Middle District: White Hat v. Landry, No. 3:19-cv-00322-JWD-EWD (M.D. La. filed May 22, 2019).

The arrests of people protesting construction of the Bayou Bridge Pipeline in St. Martin Parish comprise a material part of the subject matter of both the case at bar and White Hat. Also, these cases share a defendant, Sheriff Ronald Theriot.

Respectfully submitted,

*/s/James W. Craig*
James W. Craig, La. Bar No. 33687
Emily M. Washington, La. Bar No. 34143
Eric A. Foley, La. Bar No. 34199

Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)

jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org
eric.foley@macarthurjustice.org

*Attorneys for Plaintiffs*