## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CYNTHIA SPOON, SOPHIA COOK-PHILLIPS, and ERIC MOLL** | * | **CIVIL ACTION NO. 3:19-cv-00516** |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **BAYOU BRIDGE PIPELINE LLC, HUB ENTERPRISES, INC., P&P OFFICER HERMAN MATHERNE, P&P OFFICER MARK WARD, P&P OFFICER JON BARBERA, P&P OFFICER HEATHER M. PENNINGTON, P&P OFFICER DOUGLAS BLACK, P&P OFFICER ANGELA ADAMS, SHERIFF RONALD THERIOT, DEPUTY SHARAY ARABIE, DEPUTY STACEY BLANCHARD, DEPUTY TROY DUPUIS, DEPUTY GABE GAUTHIER, DEPUTY WAVERSUN GUIDRY, DEPUTY NORRIS HUVAL, AND DEPUTY CHRIS MARTIN** | * * * * * * * * * * * * | **JUDGE SHELLY D. DICK** |
| **Defendants,** | * * | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

* * * * * * * * * * * * * * * * * * *

### HUB ENTERPRISES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, HUB Enterprises, Inc. ("HUB"), who, answers the First Amended Complaint filed on behalf of Plaintiffs, as follows:

### AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT

#### AFFIRMATIVE DEFENSE NO. 1

Defendant asserts that the complaint fails to state a federal or state claim against this Defendant upon which relief may be granted.

<u>AFFIRMATIVE DEFENSE NO. 2</u>

Defendant asserts that the Plaintiffs' claims are barred by prescription or other applicable Statute(s) of Limitations.

<u>AFFIRMATIVE DEFENSE NO. 3</u>

Defendant asserts that Plaintiffs have failed to mitigate their damages, if any.

<u>AFFIRMATIVE DEFENSE NO.  4</u>

Defendant asserts that they acted in good faith and with just cause at all times material to this litigation.

<u>AFFIRMATIVE DEFENSE NO.  5</u>

Defendant asserts that none of their actions or inactions caused any injury or damage to Plaintiffs herein.

<u>AFFIRMATIVE DEFENSE NO.  6</u>

Defendant asserts that the sole cause of the incident giving rise to this lawsuit and any alleged subsequent injuries was the contributory and/or comparative negligence, neglect, carelessness, want of due care, fault and/or strict liability of Plaintiffs.  Said fault serves to bar or reduce recovery by Plaintiffs.

<u>AFFIRMATIVE DEFENSE NO.  7</u>

Defendant asserts that any damage or injury sustained by Plaintiffs resulted from the negligence, neglect, carelessness, want of due care, fault and/or strict liability of persons over whom this Defendant exercises no authority and control and for which this Defendant cannot be held liable.

## AFFIRMATIVE DEFENSE NO. 8

Plaintiffs' claims against Defendant are barred in whole or in part under the principles of equitable estoppel, waiver, notification, ratification, confirmation, consent and/or laches.

## AFFIRMATIVE DEFENSE NO. 9

Defendant did not breach any alleged duty owed to Plaintiffs.

## AFFIRMATIVE DEFENSE NO. 10

Plaintiffs do not have standing to assert any of the claims brought in the complaint.

## AFFIRMATIVE DEFENSE NO. 11

Plaintiffs cannot establish the requisite causation between the damages that they allegedly suffered in this matter, which are denied, and any actions of Defendant.

## AFFIRMATIVE DEFENSE NO. 12

Defendant reserves the right to aver and allege any other affirmative defenses which may become known as discovery proceeds.

## AFFIRMATIVE DEFENSE NO. 13

To the extent Plaintiffs seek to recover punitive damages against this Defendant, these damages are improper, unwarranted, not authorized by law, and unconstitutional in the context of this litigation.

## AFFIRMATIVE DEFENSE NO. 14

In the event Plaintiffs should recover a judgment against this Defendant, Defendant will be entitled to judgment, contribution, and/or indemnity over and against the co-Defendants and/or non-parties by reason of their carelessness, recklessness, and/or negligence for the amount of any such recovery, or a portion thereof, in accordance with the law on fault and damages.

<u>AFFIRMATIVE DEFENSE NO. 15</u>

This Court lacks jurisdiction over this Defendant and over the controversy forming the basis of this litigation.

<u>AFFIRMATIVE DEFENSE NO. 16</u>

Plaintiffs have failed to provide Defendant with an adequate proof of loss.

<u>AFFIRMATIVE DEFENSE NO. 17</u>

This Court lacks venue as alleged in the complaint.

<u>AFFIRMATIVE DEFENSE NO. 18</u>

Defendant is entitled to all limitation of liability contained in state law.

<u>AFFIRMATIVE DEFENSE NO. 19</u>

Defendant respectfully requests that it be able to recover all costs of this action including reasonable attorneys' fees, pursuant to 42 U.S.C. § 1988.

**AND NOW, IN FURTHER ANSWER TO THE FIRST AMENDED COMPLAINT, DEFENDANT AVERS AS FOLLOWS:**

**Nature of the Action**

I.

The allegations of Paragraph 1 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 1 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**Jurisdiction and Venue**

II.

The allegations of Paragraph 2 of the First Amended Complaint are denied.

III.

The allegations of Paragraph 3 of the First Amended Complaint are denied.

4

**Parties**

IV.

The allegations of Paragraph 4 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

V.

The allegations of Paragraph 5 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations of Paragraph 6 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations of Paragraph 7 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 7 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

VIII.

With regard to the allegations of Paragraph 8 of the First Amended Complaint, the identity of HUB as a Louisiana corporation doing business in the State of Louisiana is admitted. This Defendant denies any and all liability to Plaintiffs in this matter. Otherwise, the allegations contained in Paragraph 8 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations contained in Paragraph 8 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

IX.

The allegations of Paragraphs 9 through 23 of the First Amended Complaint do not require a response from this Defendant. However, in the abundance of caution the allegations of

Paragraphs 9 through 23 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

X.

The allegations of Paragraph 24 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 24 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

### FACTS RELEVANT TO ALL CLAIMS

**The Coordinated Plan to Silence Protests Against the Bayou Bridge Pipeline**

XI.

The allegations of Paragraphs 25 through 28 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XII.

The allegations of Paragraph 29 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 29 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations of Paragraphs 30 through 31 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations of Paragraph 32 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 32 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XV.

The allegations of Paragraph 33 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 33 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**Plaintiffs' Unlawful Arrests**

XVI.

The allegations of Paragraphs 34 through 36 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XVII.

The allegations of Paragraph 37 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 37 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XVIII.

The allegations of Paragraphs 38 through 39 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XIX.

The allegations of Paragraph 40 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 40 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XX.

The allegations of Paragraph 41 of the First Amended Complaint are denied.

XXI.

The allegations of Paragraph 42 of the First Amended Complaint are denied inshesofar as they pertain to HUB. In all other respects, the allegations of Paragraph 42 of the First Amended

Complaint are denied for lack of sufficient information to justify a belief therein.

XXII.

The allegations of Paragraphs 43 through 51 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXIII.

The allegations of Paragraph 52 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 52 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXIV.

The allegations of Paragraph 53 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 53 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXV.

The allegations of Paragraph 54 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXVI.

The allegations of Paragraph 55 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXVII.

The allegations of Paragraph 56 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 56 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXVIII.

The allegations of Paragraphs 57 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXIX.

The allegations of Paragraphs 58 through 65 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**Ratification of Plaintiffs' Unlawful Arrests:
SMPSO's Post-August 8 Pattern of Unlawful Arrests of Protesters**

XXX.

The allegations of Paragraph 66 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 66 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXI.

The allegations of Paragraph 67 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 67 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXII.

The allegations of Paragraph 68 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 68 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## PLAINTIFFS' CLAIMS FOR DAMAGES

### Claims Under Federal Law

**I.    False Detention, Arrest, and Imprisonment in Violation the Fourth and Fourteenth Amendments**

### XXXIII.

The allegations of Paragraph 69 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 69 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

### XXXIV.

The allegations of Paragraph 70 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 70 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

### XXXV.

The allegations of Paragraphs 71 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**II.    Failure to Intervene to Prevent Unlawful Arrests**

### XXXVI.

The allegations of Paragraph 72 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 72 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

### XXXVII.

The allegations of Paragraphs 73 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

### III.    Retaliatory Arrest for Violation of First Amendment Rights

XXXVIII.

The allegations of Paragraphs 74 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XXXIX.

The allegations of Paragraph 75 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 75 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XL.

The allegations of Paragraph 76 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 76 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

### IV.    *Monell* Liability for Violations of Plaintiffs' Civil Rights

XLI.

The allegations of Paragraph 77 of the First Amended Complaint do not require a response from this Defendant.  However, in the abundance of caution the allegations of Paragraph 77 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLII.

The allegations of Paragraph 78 of the First Amended Complaint do not require a response from this Defendant.  However, in the abundance of caution the allegations of Paragraph 78 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLIII.

The allegations of Paragraph 79 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 79 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLIV.

The allegations of Paragraph 80 of the First Amended Complaint do not require a response from this Defendant.  However, in the abundance of caution the allegations of Paragraph 80 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLV.

The allegations of Paragraph 81 of the First Amended Complaint do not require a response from this Defendant.  However, in the abundance of caution the allegations of Paragraph 81 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLVI.

The allegations of Paragraph 82 of the First Amended Complaint do not require a response from this Defendant.  However, in the abundance of caution the allegations of Paragraph 82 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLVII.

The allegations of Paragraph 83 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 83 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLVIII.

The allegations of Paragraph 84 of the First Amended Complaint do not require a response from this Defendant.  However, in the abundance of caution the allegations of Paragraph 84 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

XLIX.

The allegations of Paragraph 85 of the First Amended Complaint do not require a response from this Defendant.  However, in the abundance of caution the allegations of Paragraph 85 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

### Claims Under Louisiana Law

**V.      Violations of the Free Expression Protections of the Louisiana Constitution**

L.

The allegations of Paragraph 86 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 86 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LI.

The allegations of Paragraph 87 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 87 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LII.

The allegations of Paragraph 88 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 88 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**VI.     Violations of the Right to Privacy, the Right to be Left Alone, and the Rights of the Accused Established by the Louisiana Constitution**

LIII.

The allegations of Paragraph 89 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 89 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LIV.

The allegations of Paragraph 90 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 90 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LV.

The allegations of Paragraph 91 of the First Amended Complaint are denied insofar as they pertain to HUB. In all other respects, the allegations of Paragraph 91 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**VII.    Intentional Torts, Including Intentional Infliction of Emotional Distress, Assault, Battery, and False Imprisonment**

LVI.

The allegations of Paragraph 92 of the First Amended Complaint do not require a response from this Defendant.   However, in the abundance of caution the allegations of

Paragraph 92 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LVII.

The allegations of Paragraph 93 of the First Amended Complaint do not require a response from this Defendant. However, in the abundance of caution the allegations of Paragraph 93 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LVIII.

The allegations of Paragraph 94 of the First Amended Complaint do not require a response from this Defendant. However, in the abundance of caution the allegations of Paragraph 94 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LIX.

The allegations of Paragraph 95 of the First Amended Complaint do not require a response from this Defendant. However, in the abundance of caution the allegations of Paragraph 95 of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## LX.

Defendant denies the allegations contained in Plaintiffs' Prayer for Damages, including all subparts. Defendant further denies that the Plaintiffs are entitled to judgment against it jointly, severally, or collectively for general damages, special damages, punitive and/or exemplary damages, or in any amount for any reason whatsoever.

LXI.

Any introductory or unnumbered Paragraphs of the First Amended Complaint are denied insofar as they pertain to this Defendant.  In all other respects, any introductory or unnumbered Paragraphs of the First Amended Complaint are denied for lack of sufficient information to justify a belief therein.

LXII.

Defendant requests a trial by jury.

**WHEREFORE**, Defendant, HUB Enterprises, Inc., prays that its Answer to the First Amended Complaint be deemed good and sufficient and that after all legal delays and due proceeding had, there be judgment herein in favor of Defendant, HUB Enterprises, Inc., and against Plaintiffs, dismissing all Complaints, with prejudice and at Plaintiffs' costs.  Defendant further prays for all general and equitable relief.

Respectfully Submitted,

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

*/s/ Shelley K. Napolitano* _____
ROBERT E. DILLE (#23037)
REBECCA A. ZOTTI (#33446)
SHELLEY K. NAPOLITANO (#34692)
Place St. Charles
201 St. Charles Avenue, Suite 2411
New Orleans, LA 70170
Telephone: (504) 684-5100
Facsimile: (504) 613-0067
*Attorneys for HUB Enterprises, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the foregoing was filed with the Court and served electronically upon all parties by operation of this Court's ECF system on this 11th day of December, 2019.

*/s/ Shelley K. Napolitano*
SHELLEY K. NAPOLITANO
