**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CYNTHIA SPOON, SOPHIA COOK-PHILLIPS, and ERIC MOLL,** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.:  3:19-cv-00516-SDD-EWD** |
| **Plaintiffs,** | * | |
| | * | **JUDGE:  SHELLY D. DICK** |
| **VERSUS** | * | |
| **BAYOU BRIDGE PIPELINE LLC,** | * | **MAGISTRATE JUDGE:** |
| **HUB ENTERPRISES, INC., P&P** | * | **ERIN WILDER-DOOMES** |
| **OFFICER HERMAN MATHERNE,** | * | |
| **P&P OFFICER MARK WARD, P&P** | * | |
| **OFFICER JON BARBERA, P&P** | * | |
| **OFFICER HEATHER M.** | * | |
| **PENNINGTON, P&P OFFICER** | * | |
| **DOE 1, P&P OFFICER DOE 2,** | * | |
| **SHERIFF RONALD THERIOT, and** | * | |
| **DEPUTY SHERIFF DOES 1-10** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO COMPLAINT AND FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come defendants, HEATHER PENNINGTON, HERMAN MATHERNE, JON BARBERA, MARK WARD, ANGELA ADAMS, and DOUGLAS BLACK, who, in response to Plaintiffs' Complaint and First Amended Complaint, deny each and every allegation contained therein, except those that may be expressly admitted, as follows:

### ANSWER TO COMPLAINT

1.

Paragraph 1 of Plaintiffs' Complaint is denied.

2.

Paragraph 2 of Plaintiffs' Complaint does not require an answer from defendants herein.

3.

Paragraph 3 of Plaintiffs' Complaint does not require an answer from defendants herein.

4.

Paragraph 4 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

5.

Paragraph 5 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

6.

Paragraph 6 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

7.

Paragraph 7 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

8.

Paragraph 8 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

9.

The residency and employment status of defendant Barbera is admitted. The remaining allegations are denied.

10.

The residency and employment status of defendant Matherne is admitted. The remaining allegations are denied.

11.

The residency and employment status of defendant Pennington is admitted. The remaining allegations are denied.

12.

The residency and employment status of defendant Ward is admitted. The remaining allegations are denied.

13.

Paragraph 13 of Plaintiffs' Complaint does not require an answer from defendants herein.

14.

Paragraph 14 of Plaintiffs' Complaint does not require an answer from defendants herein.

15.

Paragraph 15 of Plaintiffs' Complaint does not require an answer from defendants herein.

16.

Paragraph 16 of Plaintiffs' Complaint does not require an answer from defendants herein.

17.

Paragraph 17 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

18.

Paragraph 18 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

19.

Paragraph 19 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

20.

Paragraph 20 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

21.

Paragraph 21 of Plaintiffs' Complaint is denied.

22.

Paragraph 22 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

23.

Paragraph 23 calls for a legal conclusion and requires no answer from defendants herein.

24.

Paragraph 24 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

25.

Paragraph 25 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

26.

Paragraph 26 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

27.

Paragraph 27 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

28.

Paragraph 28 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

29.

Paragraph 29 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

30.

Paragraph 30 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

31.

Paragraph 31 of Plaintiffs' Complaint is admitted.

32.

Paragraph 32 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

33.

Paragraph 33 of Plaintiffs' Complaint is denied as written.

34.

Paragraph 34 of Plaintiffs' Complaint is denied

35.

Paragraph 35 of Plaintiffs' Complaint is denied as written.

36.

Paragraph 36 of Plaintiffs' Complaint is denied as written.

37.

Paragraph 37 of Plaintiffs' Complaint is denied as written.

38.

Paragraph 38 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

39.

Paragraph 39 of Plaintiffs' Complaint is denied as written.

40.

Paragraph 40 of Plaintiffs' Complaint is denied as written.

41.

Paragraph 41 of Plaintiffs' Complaint is denied as written.

42.

Paragraph 42 of Plaintiffs' Complaint is denied as written.

43.

Paragraph 43 of Plaintiffs' Complaint is denied as written.

44.

Paragraph 44 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

45.

Paragraph 45 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

46.

Paragraph 46 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

47.

Paragraph 47 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

48.

Paragraph 48 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

49.

Paragraph 49 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

50.

Paragraph 50 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

51.

Paragraph 51 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

52.

Paragraph 52 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

53.

Paragraph 53 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

54.

Paragraph 54 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

55.

Paragraph 55 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

56.

Paragraph 56 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

57.

Paragraph 57 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

58.

Paragraph 58 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

59.

Paragraph 59 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

60.

Paragraph 60 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

61.

Paragraph 61 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

62.

Paragraph 62 of Plaintiffs' Complaint is denied.

63.

Paragraph 63 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

64.

Paragraph 64 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

65.

Paragraph 65 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

66.

Paragraph 66 of Plaintiffs' Complaint is denied.

67.

Paragraph 67 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

68.

Paragraph 68 of Plaintiffs' Complaint does not require an answer from defendants herein.

69.

Paragraph 69 of Plaintiffs' Complaint does not require an answer from defendants herein.

70.

Paragraph 70 of Plaintiffs' Complaint does not require an answer from defendants herein.

71.

Paragraph 71 of Plaintiffs' Complaint does not require an answer from defendants herein.

72.

Paragraph 72 of Plaintiffs' Complaint does not require an answer from defendants herein.

73.

Paragraph 73 of Plaintiffs' Complaint does not require an answer from defendants herein.

74.

Paragraph 74 of Plaintiffs' Complaint does not require an answer from defendants herein.

75.

Paragraph 75 of Plaintiffs' Complaint does not require an answer from defendants herein.

76.

Paragraph 76 of Plaintiffs' Complaint does not require an answer from defendants herein.

77.

Paragraph 77 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

78.

Paragraph 78 of Plaintiffs' Complaint calls for a legal conclusion and requires no answer from defendants herein.

79.

Paragraph 79 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

80.

Paragraph 80 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

81.

Paragraph 81 of Plaintiffs' Complaint calls for a legal conclusion and requires no answer from defendants herein.

82.

Paragraph 82 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

83.

Paragraph 83 of Plaintiffs' Complaint does not require an answer from defendants herein.

84.

Paragraph 84 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

85.

Paragraph 85 of Plaintiffs' Complaint calls for a legal conclusion and requires no answer from defendants herein.

86.

Paragraph 86 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

87.

Defendants specifically deny any and all relief prayed for by Plaintiffs.

88.

Defendants demand a trial by jury on all issues so triable.


**ANSWER TO FIRST AMENDED COMPLAINT**

1.

Paragraph 1 of Plaintiffs' Complaint is denied.

2.

 Paragraph 2 of Plaintiffs' Complaint does not require an answer from defendants herein.

3.

Paragraph 3 of Plaintiffs' Complaint does not require an answer from defendants herein.

4.

Paragraph 4 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

5.

Paragraph 5 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

6.

Paragraph 6 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

7.

Paragraph 7 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

8.

Paragraph 8 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

9.

The residency and employment status of defendant Adams is admitted. The remaining allegations are denied.

10.

The residency and employment status of defendant Barbera is admitted. The remaining allegations are denied.

11.

The residency and employment status of defendant Black is admitted. The remaining allegations are denied.

12.

The residency and employment status of defendant Matherne is admitted. The remaining allegations are denied.

13.

The residency and employment status of defendant Pennington is admitted. The remaining allegations are denied.

14.

The residency and employment status of defendant Ward is admitted. The remaining allegations are denied.

15.

Paragraph 15 of Plaintiffs' Complaint does not require an answer from defendants herein.

16.

Paragraph 16 of Plaintiffs' Complaint does not require an answer from defendants herein.

17.

Paragraph 17 of Plaintiffs' Complaint does not require an answer from defendants herein.

18.

Paragraph 18 of Plaintiffs' Complaint does not require an answer from defendants herein.

19.

Paragraph 19 of Plaintiffs' Complaint does not require an answer from defendants herein.

20.

Paragraph 20 of Plaintiffs' Complaint does not require an answer from defendants herein.

21.

Paragraph 21 of Plaintiffs' Complaint does not require an answer from defendants herein.

22.

Paragraph 22 of Plaintiffs' Complaint does not require an answer from defendants herein.

23.

Paragraph 23 of Plaintiffs' Complaint does not require an answer from defendants herein.

24.

Paragraph 24 of Plaintiffs' Complaint does not require an answer from defendants herein.

25.

Paragraph 25 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

26.

Paragraph 26 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

27.

Paragraph 27 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

28.

Paragraph 28 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

29.

Paragraph 29 of Plaintiffs' Complaint is denied.

30.

Paragraph 30 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

31.

Paragraph 31 calls for a legal conclusion and requires no answer from defendants herein.

32.

Paragraph 32 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

33.

Paragraph 33 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

34.

Paragraph 34 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

35.

Paragraph 35 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

36.

Paragraph 36 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

37.

Paragraph 37 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

38.

Paragraph 38 of Plaintiffs' Complaint is admitted.

39.

Paragraph 39 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

40.

Paragraph 40 of Plaintiffs' Complaint is denied as written.

41.

Paragraph 41 of Plaintiffs' Complaint is denied

42.

Paragraph 42 of Plaintiffs' Complaint is denied as written.

43.

Paragraph 43 of Plaintiffs' Complaint is denied as written.

44.

Paragraph 44 of Plaintiffs' Complaint is denied as written.

45.

Paragraph 45 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

46.

Paragraph 46 of Plaintiffs' Complaint is denied as written.

47.

Paragraph 47 of Plaintiffs' Complaint is denied as written.

48.

Paragraph 48 of Plaintiffs' Complaint is denied as written.

49.

Paragraph 49 of Plaintiffs' Complaint is denied as written.

50.

Paragraph 50 of Plaintiffs' Complaint is denied as written.

51.

Paragraph 51 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

52.

Paragraph 52 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

53.

Paragraph 53 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

54.

Paragraph 54 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

55.

Paragraph 55 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

56.

Paragraph 56 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

57.

Paragraph 57 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

58.

Paragraph 58 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

59.

Paragraph 59 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

60.

Paragraph 60 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

61.

Paragraph 61 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

62.

Paragraph 62 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

63.

Paragraph 63 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

64.

Paragraph 64 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

65.

Paragraph 65 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

66.

Paragraph 66 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

67.

Paragraph 67 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

68.

Paragraph 68 of Plaintiffs' Complaint is denied for lack of sufficient information to justify a belief therein.

69.

Paragraph 69 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

70.

Paragraph 70 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

71.

Paragraph 71 of Plaintiffs' Complaint is denied.

72.

Paragraph 72 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

73.

Paragraph 73 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

74.

Paragraph 74 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

75.

Paragraph 75 of Plaintiffs' Complaint is denied.

76.

Paragraph 76 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

77.

Paragraph 77 of Plaintiffs' Complaint does not require an answer from defendants herein.

78.

Paragraph 78 of Plaintiffs' Complaint does not require an answer from defendants herein.

79.

Paragraph 79 of Plaintiffs' Complaint does not require an answer from defendants herein.

80.

Paragraph 80 of Plaintiffs' Complaint does not require an answer from defendants herein.

81.

Paragraph 81 of Plaintiffs' Complaint does not require an answer from defendants herein.

82.

Paragraph 82 of Plaintiffs' Complaint does not require an answer from defendants herein.

83.

Paragraph 83 of Plaintiffs' Complaint does not require an answer from defendants herein.

84.

Paragraph 84 of Plaintiffs' Complaint does not require an answer from defendants herein.

85.

Paragraph 85 of Plaintiffs' Complaint does not require an answer from defendants herein.

86.

Paragraph 86 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

87.

Paragraph 87 of Plaintiffs' Complaint calls for a legal conclusion and requires no answer from defendants herein.

88.

Paragraph 88 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

89.

Paragraph 89 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

90.

Paragraph 90 of Plaintiffs' Complaint calls for a legal conclusion and requires no answer from defendants herein.

91.

Paragraph 91 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

92.

Paragraph 92 of Plaintiffs' Complaint does not require an answer from defendants herein.

93.

Paragraph 93 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

94.

Paragraph 94 of Plaintiffs' Complaint calls for a legal conclusion and requires no answer from defendants herein.

95.

Paragraph 95 of Plaintiffs' Complaint calls for a legal conclusion and is denied.

96.

Defendants specifically deny any and all relief prayed for by Plaintiffs.

97.

Defendants demand a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

In further answering the Complaint, defendants assert the following defenses:

## FIRST DEFENSE

### *(Failure to State a Claim)*

Plaintiffs' Complaint fails to state a claim upon which relief can be granted because there are insufficient factual allegations showing that Defendants violated any of Plaintiffs' civil rights under the United States Constitution, or applicable federal law.

## SECOND DEFENSE

If Defendants are found by the Court to have violated Plaintiffs' civil rights, which is denied, then each such defendant is immune from a judgment for damages because each defendant acted at all times reasonably and in good faith and in accordance with federal and state law and department rules and regulations. Defendants' conduct did not violate any clearly established constitutional or statutory rights of Plaintiff of which a reasonable person would have known. Said Defendants further show that their belief in the lawfulness of their actions was a reasonable belief and for that reason they are entitled to absolute and/or qualified immunity from liability under the provisions of Title 42 U.S.C. § 1983.

**THIRD DEFENSE**

Defendants are entitled to Eleventh Amendment Immunity. Eleventh Amendment immunity applies to state officials and employees in their official capacity for monetary damages.

**FOURTH DEFENSE**

Plaintiff is not entitled to monetary, injunctive or declaratory relief. Plaintiff is not entitled to any monetary relief, pre-judgment interest, post-judgment interest, nor is he entitled to an award of costs or attorneys' fees under 42 U.S.C. § 1988 or any other applicable law.

**FIFTH DEFENSE**

To the extent the Defendants are sued in their official capacity, they are not liable under Section 1983 for monetary damages. Neither the state or an official in their official capacities are a "person" for purposes of Section 1983. *Will v. Michigan Dept. Of State Police*, 109 S. Ct. 2304 (1989). To the extend the officials are sued in their personal capacity, plaintiffs have failed to alleged any specific acts on behalf of those defendants.

**SIXTH DEFENSE**

Some of the claims set forth in the Complaint have prescribed, in whole or in part, by the applicable statute of limitations and/or prescription.

**SEVENTH DEFENSE**

Plaintiffs' First Amendment rights were not violated; plaintiffs were not engaging in "peaceful protests" but were attempting to obstruct the construction of a pipeline while trespassing on private property.

**EIGHTH DEFENSE**

In the alternative, if any defendant is found to have violated the Plaintiff's civil rights and is not entitled to qualified immunity, the Plaintiff contributed to his own injuries and/or damages through his own intentional and/or negligent acts and/or failure to conduct himself in a reasonable manner.

**NINTH DEFENSE**

All actions taken by the Defendants were taken in good faith, under the law, with probable cause, and without malice.

**TENTH DEFENSE**

To the extent plaintiffs are prosecuted for their crimes, this suit is barred under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

**ELEVENTH DEFENSE**

Defendants are entitled to discretionary immunity contained in La. R.S. 9:2798.1.

**TWELFTH DEFENSE**

Defendants plead the statutory limitations of liability contained in La. R.S. 13:5106 and 13:5112, as well as any other statutory or jurisprudential limitation of liability available under the law.

**THIRTEENTH  DEFENSE**

Defendants reserve the right to supplement and/or amend their affirmative defenses.

WHEREFORE, defendants, HEATHER PENNINGTON, HERMAN MATHERNE, JON BARBERA, MARK WARD, ANGELA ADAMS, and DOUGLAS BLACK, pray that this Answer to plaintiff's Complaint and First Amended Complaint be deemed good and sufficient and

that after all due proceedings and legal delays are had, there be judgment rendered in favor of defendants and against plaintiff, rejecting and denying the plaintiff's claims, and that this suit be dismissed at plaintiffs' costs;

AND FOR ALL GENERAL AND EQUITABLE RELIEF

RESPECTFULLY SUBMITTED,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: s/Andrew Blanchfield
ANDREW BLANCHFIELD, T.A. (#16812)
Email:  ablanchfield@keoghcox.com
CHELSEA A. PAYNE (#35952)
Email:  cpayne@keoghcox.com
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 17th day of February, 2020.

s/Andrew Blanchfield
Andrew Blanchfield