# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA SPOON, SOPHIA COOK-PHILLIPS, and ERIC MOLL,<br><br>Plaintiffs,<br><br>v.<br><br>BAYOU BRIDGE PIPELINE LLC, et al.,<br><br>Defendants. | Case No. 3:19-cv-00516-SDD-SDJ |

## PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE

Plaintiffs Cynthia Spoon, Sophia Cook-Phillips, and Eric Moll move this Court to set a scheduling conference in this case under Federal Rules of Civil Procedure 16(b) and 26(f) and Local Rule 16(a)(1).

The Court canceled the previously scheduled conference because not all Defendants had made an appearance in the case. (ECF No. 37.) For reasons further discussed in the supporting memorandum, Plaintiffs move the Court to issue an order setting a scheduling conference for the parties and a deadline for submission of the Rule 26(f) joint status report.

2

       Respectfully submitted,

       */s/ Eric A. Foley*
       James W. Craig, La. Bar No. 33687
       Emily M. Washington, La. Bar No. 34143
       Eric A. Foley, La. Bar No. 34199

       Roderick & Solange MacArthur Justice Center
       4400 S. Carrollton Ave.
       New Orleans, LA 70119
       (504) 620-2259 (p)
       (504) 208-3133 (f)

       jim.craig@macarthurjustice.org
       emily.washington@macarthurjustice.org
       eric.foley@macarthurjustice.org

       *Attorneys for Plaintiffs*