## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CYNTHIA SPOON, ET AL**                                              **CIVIL ACTION**

**VERSUS**

**NO. 19-516-SDD-SDJ**

**BAYOU BRIDGE**
**PIPELINE, LLC, ET AL**

## ORDER

A telephone conference was held on February 4, 2021.

**PRESENT:**   **James William Craig**
**Emily Mottiel Washington**
**Eric Andrew Foley**
Counsel for Plaintiffs, Cynthia Spoon,
Sophia Cook-Phillips and Eric Moll

**James Conner Percy**
**Frederick Gibbons Addison**
Counsel for Defendant, Bayou Bridge Pipeline, LLC

**Robert E. Dille**
Counsel for Defendant, HUB Enterprises, Inc.

**Andrew Blanchfield**
Counsel for Defendants, Jon T. Barbera, Herman Matherne,
Heather M. Pennington, Mark Ward, Angela Adams
and Douglas Black

**Patrick Bayard McIntire**
Counsel for Defendants, Ronald Theriot, Sharay Arabie,
Stacey Blanchard, Troy Dupuid, Gabe Gauthier,
Waversun Guidry, Norris Huval and Chris Martin

The parties discussed the status of this matter. The parties will submit a supplemental joint status report with revised proposed deadlines, which will include a deadline for filing dispositive motions and Daubert motions of March 31, 2022. The supplemental joint status report will be filed within 14 days. A scheduling order will be issued thereafter.

C:cv38a; T: 00:06

Signed in Baton Rouge, Louisiana, on February 4, 2021.

_____
**SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:06