**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| CYNTHIA SPOON, et al | * | CIVIL ACTION |
| VS. | * | |
| BAYOU BRIDGE PIPELINE, LLC, et al | * | NO. 3:19-CV-00516-SDD-EWD |

**************************************************************************

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, Deputies Sharay Arabie, Stacey Blanchard, Troy Dupuis, Gabe Gauthier, Waversun Guidry, Norris Huval, and Chris Martin (the "Deputies"), and former St. Martin Parish Sheriff Ronald Theriot, who, for the reasons set forth in the annexed Memorandum in Support, submit that there is no genuine issue of material fact that they are not liable to Plaintiffs, and thus the Deputies and Sheriff Theriot move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, dismissing all claims against them, with prejudice, and at Plaintiffs' cost.

Respectfully submitted,

OATS & MARINO
A Partnership of Professional Corporations

\_\_\_s/ Patrick McIntire_____
PATRICK B. McINTIRE (La. 17052)
100 E. Vermilion Street, Suite 400
Lafayette, La. 70501
Ph.  337-233-1100
pmcintire@oatsmarino.com
*Counsel for Sheriff Theriot and Deputies*