**EXHIBIT 4**







Just another HAPPY Saturday trying to keep everyone in line

👍 17



