

**EXHIBIT 5**



