UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CYNTHIA SPOON, et al.**                                    **CIVIL ACTION**

**VERSUS**                                                   **NO. 19-516-SDD-SDJ**

**BAYOU BRIDGE
PIPELINE, LLC, et al.**

## ORDER

Before the Court is a Supplemental Motion for Leave (R. Doc. 115) by Plaintiffs to take discovery from non-party, Larry Gordon. The Court previously granted (R. Doc. 114) Plaintiffs' Motion to obtain documents and deposition testimony from Larry Gordon within the September 30, 2022 reopened discovery period. In the instant Motion, Plaintiffs now seek an unspecific extension of time to obtain discovery from Larry Gordon. (R. Doc. 115).

Plaintiffs explain they encountered difficulties when trying to serve Mr. Gordon with subpoenas at his home in Texas, only to learn that Mr. Gordon has been in Florida. Eventually, Mr. Gordon spoke with Plaintiffs' process server, but this happened just before the recent hurricane in Florida. In that conversation, Mr. Gordon allegedly indicated he was amenable to cooperating with any discovery requests. However, since the hurricane, Plaintiffs have been unable to contact Mr. Gordon and now seek an extension of the September 30, 2022 deadline to request documents from Mr. Gordon and take his deposition.

According to Plaintiffs' Motion, Defendant HUB Enterprises does not oppose an extension. The SMPSO Defendants likewise do not oppose an extension, but asked that any additional time not exceed October 14, 2022, given that Plaintiffs' deadline to respond to their pending Motion

for Summary Judgement (R. Doc. 89) is October 20, 2022. (R. Doc. 115-7); (R. Doc. 108) (setting October 20, 2022 response deadline). The remaining Defendants then responded that they did not object to the October 14, 2022 extension suggested by the SMPSO Defendants, but they would object to an open-ended extension of discovery as to Larry Gordon. (R. Docs. 115-8 and 115-9).

Given the information currently before the Court, there is good cause to grant an extension of the September 30, 2022 discovery deadline so that Plaintiff may obtain documents and deposition testimony from Larry Gordon. However, the October 14, 2022 deadline suggested by certain Defendants has just passed, and the Court is unaware of whether Plaintiffs have been able to again locate Mr. Gordon and obtain any documents or his deposition. At the same time, the October 20, 2022 deadline for Plaintiffs to respond to the SMPSO Defendants' Motion for Summary Judgment (R. Doc. 108) has been extended to October 27, 2022, which is still only days away. Given these time constraints,

**IT IS ORDERED** that Plaintiffs' Motion for Extension (R. Doc. 115) is **GRANTED,** and Plaintiffs now have until **November 11, 2022,** to **complete discovery** from **Larry Gordon**.

To be clear, this extension is **limited** to **discovery** from **Larry Gordon**, as previously authorized by the Court's September 16, 2022 Order. (R. Doc. 114) (allowing Plaintiffs to subpoena only deposition testimony and documents from Larry Gordon). All **other re-opened discovery** allowed by the Court's July 22, 2022 Order (R. Doc. 100) **closed** as of September 30, 2022 and **remains closed**.

The Court will **not entertain** any **motion** seeking an **extension** of the November 11, 2022 deadline to complete discovery from Larry Gordon, regardless of the circumstances. To be clear, this deadline will not be extended even if Plaintiffs cannot locate Mr. Gordon before November

11, 2022, or, if they do locate Mr. Gordon, but not in time to obtain sufficient discovery within the deadline.

As a final matter, Plaintiffs currently have until October 27, 2022 (R. Doc. 119) to respond to both pending Motions for Summary Judgment (R. Docs. 89 and 101). But with the limited extension of discovery from Larry Gordon, all fact discovery will not be completed until November 11, 2022 — after Plaintiffs' October 27, 2022 response deadline (R. Doc. 119). The Court will therefore extend the October 27, 2022 deadline (R. Doc. 119) until after the completion of all fact discovery. Following the close of discovery on November 11, 2022, Plaintiffs will have 21 days to respond to the pending Motions for Summary Judgment (R. Docs. 89 and 101). And so,

**IT IS ORDERED** that Plaintiffs now have until **December 2, 2022** — i.e., 21 days after the November 11, 2022 deadline for discovery from Larry Gordon — to **respond** to the pending **Motions for Summary Judgment** (R. Docs. 89 and 101) filed by the SMPSO Defendants and HUB Enterprises.

Signed in Baton Rouge, Louisiana, on October 20, 2022.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**