UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA SPOON, SOPHIA COOK-PHILLIPS, and ERIC MOLL,<br><br>Plaintiffs,<br><br>v.<br><br>BAYOU BRIDGE PIPELINE LLC, et al.,<br><br>Defendants. | Case No. 3:19-cv-00516-SDD-SDJ |

**EXHIBIT LIST TO PLAINTIFFS' OPPOSITION TO P&P DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. Spoon Dep. 79, 82, 83, 84, 98, 156, 177, 204, 273
2. Adams Dep. 45, 56, 57, 58, 67, 68, 93, 99
3. Ward Dep. 65, 66, 85, 89, 90
4. Moll Dep. 88, 93, 94, 97, 98, 115, 116, 119, 120, 201, 202
5. Cook-Phillips Dep. 68, 78, 79, 80, 81, 84, 86, 87, 92, 191, 193
6. Barbera Dep. 129, 130
7. Black Dep. 98–99
8. Farber Dep. 27, 28, 33
9. Sweeney Dep. 35, 36, 57
10. Regan/HUB 30(b)(6) Dep. 33–36, 82–87, 98, 114
11. Crochet Dep. 11, 22, 23
12. HUB text message excerpts at HUB-000098
13. Angela Deere Email

14. Special Post Orders attachment to Angela Deere email

15. January 28, 2022 Deposition of Waversun Guidry at 156, 158

16. August 8, 2018 Email from B. Thompson to C. Crochet and other officers (P&P Bates 57–61)

17. August 8, 2018 Email from B. Thompson to P&P officers (P&P Bates 002–007, Dep. Ex. 42)

18. Paul Kemp Expert Report

19. Matherne Dep. 84, 85, 88, 106

20. Troy Dupuis Aff.

21. Gabe Gauthier Aff.

22. Dupuis Dep. 87, 88, 94, 97, 98

23. Martin Dep. 100–02, 104

24. 2021.07.08 Final Dismissal Prosecutions DA Duhe.pdf

25. Spoon Decl. (Dec. 2022).

26. Moll Decl. (Dec. 2022)

27. Cook-Phillips Decl. (Dec. 2022)

28. Spoon Decl. (Jan. 2023)

29. Moll Decl. (Jan. 2023)

30. Cook-Phillips Decl. (Jan. 2023)

31. Drone Footage DJI_0003.mov

32. IMG_1197.mov

33. IMG_1198.jpg

34. IMG_1199.jpg

35. IMG_1200.mov

36. IMG_1201.mov

37. IMG_1202.mov

38. IMG_1203.mov

39. IMG_1204.mov

40. IMG_1205.mov

41. IMG_1206.mov

42. IMG_1207.mov

43. IMG_1208.mov

44. IMG_1209.mov

45. IMG_1210.mov

46. IMG_1211.mov

47. IMG_1212.mov

48. IMG_1213.mov

49. IMG_1214.mov

50. IMG_1215.mov

51. IMG_1222.mov