EXHIBIT 12

**Angela Deere DSOC**

Belanger Chipper 24/7 site will start tonight. Please have the 2 oficers meet at the Bayou Pigeon Landing and someone will pick them up. The boat right now is out with Steve trying to hook up the booster Please make sure they keep their eyes on the equipment, we do not need opposition cutting the hoses or anything else

**Angela Deere DSOC**

Tomorrow: St Martin is going out with 2 deputies and making arrests at the chipper sites. They have several warrants also. When making the arrests they would like 1 P&P officer to ride back with 1 deputy on the boat. The other deputy will stay behind and assist in making any other arrest until they get back.

**Angela Deere DSOC**

Call me if you have any questions

**Christy Crochet**

Pigeon site right?

**Brandon Thompson**

Which landing is it?

**Angela Deere DSOC**

Belanger Chipper 24/7 site will start tonight. Please have the 2 oficers meet at the Bayou Pigeon Landing and someone will pick them up

**Christy Crochet**

Got it

**Christy Crochet**



**Christy Crochet**

Please replace John LeBlanc with Angela Adams (985-209-7566) going to Pigeon tomorrow day. I was just informed

**Angela Deere DSOC**

