UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CYNTHIA SPOON, et al                  *    CIVIL ACTION

VS.                                        *

BAYOU BRIDGE PIPELINE, LLC, et al    *    NO. 3:19-CV-00516-SDD-EWD

*****************************************************************************

## AFFIDAVIT OF TROY DUPUIS

PARISH OF ST. MARTIN

STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared TROY DUPUIS, who, upon being duly sworn, deposed and said:

1. My name is Troy Dupuis, and I am above the age of majority and can testify to the following facts from my own personal knowledge.

2. I am a Deputy with the St. Martin Parish Sheriff's office, and I have been so employed since 1991.

3. I am P.O.S.T. certified and was so certified on August 9, 2018.

4. On August 9, 2018, I was working off-duty for Hub Enterprises, Inc., doing private security work with Deputy Gabe Gauthier along the Bayou Bridge Pipeline construction site within St. Martin Parish.

5. Deputy Gabe Gauthier and I were not present when the Plaintiffs in this case were arrested. When we arrived at the site of the arrests other officers with Probation and Parole had already placed the Plaintiffs under arrest.

**EXHIBIT C**

6. I did not witness the arrests at issue or any of the events leading up to these arrests.

7. I assisted with arranging for the transportation of the arrestees to the St. Martin Parish Jail.

8. I had no involvement with the decision to arrest these plaintiffs, my only involvement having been to help arrange for transportation of the arrestees to the jail.

_____
TROY DUPUIS

SWORN TO AND SUBSCRIBED, before me, undersigned Notary, this 23rd day of February, 2022.

_____
NOTARY PUBLIC
Printed Name: Jeanine G. Albert
Notary/Bar No. 1016



JEANINE G. ALBERT
NOTARY PUBLIC # 11016
STATE OF LOUISIANA
My Commission Expires At Death