Herman Matherne, Jr.
December 9, 2021

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CYNTHIA SPOON, SOPHIA
COOK-PHILLIPS, AND ERIC
MOLL, PLAINTIFFS

        CASE NO: 3:19-CV-00516
              SDD-SDJ

        CHIEF DISTRICT JUDGE
        SHELLY D. DICK

VERSUS

        MAGISTRATE JUDGE SCOTT
        D. JOHNSON

BAYOU BRIDGE PIPELINE,
LLC, ET. AL., DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF HERMAN MATHERNE, JR.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TAKEN FOR AND ON BEHALF OF THE PLAINTIFFS.

TAKEN ON, THURSDAY, DECEMBER 9, 2021 VIA ZOOM CONFERENCING.

BEGINNING AT 1:05 P.M.

REPORTED BY NATALIE M. LOPEZ, CCR

**EXHIBIT B**

Herman Matherne, Jr.
December 9, 2021

```
 1         looking he was way off to my left.  And I
 2         didn't see -- I didn't even see him.  He was
 3         off to the left on the other side.  My focus
 4         was ahead of me and what was going on.
 5   Q     Okay.  I want to show you a couple of
 6         exhibits.  Can you see my screen?
 7   A     Yes, ma'am.
 8   Q     This is previously been marked as Exhibit
 9         #18.  Do you -- it's actually 3 pages.  Let
10         me show you all of them.  It starts at Bates
11         number 29 and goes through 30 and 31.  We're
12         going to talk about all three of the pages.
13         So just staring on this first one which is
14         the first page of Exhibit #18 and Bates
15         number 29 do you recognize this document?
16   A     Yes, ma'am.
17   Q     And what is this?
18   A     It appears to be the affidavit that was
19         created at the jail.
20   Q     Okay.  And what was your role in drafting
21         this document?
22   A     I filled in the data that's in it.
23   Q     You completed this entire document?
24   A     I believe, so.  I didn't create it from
25         scratch, but whatever needed filling in I
```

Herman Matherne, Jr.
December 9, 2021

```
 1          filled in.
 2    Q     So, maybe, let's take that piece by piece.
 3          At, sort of, after that first main paragraph
 4          there's a listing of two revised statutes.
 5          Do you see that?
 6    A     Yes, ma'am.
 7    Q     Did you fill that information in?
 8    A     Yes, ma'am.
 9    Q     How did you know what to put there?
10    A     This was a conversation that had took place
11          prior to leaving.  I asked to verify what
12          law it was in the RS code.  I believe, I had
13          written it down while I was there.  Either I
14          wrote it down or someone wrote it down for
15          me and gave it to me.  And this is reference
16          to Unauthorized Entry of a Critical
17          Infrastructure.  The Resisting an Officer
18          was something that was -- that I saw
19          personally.
20    Q     Okay.
21    A     Not that I didn't see the Unauthorized, you
22          know, you understand where I'm coming from.
23          The wording of the law and the RS is what I
24          needed.
25    Q     And you had discussed that with someone.
```

Herman Matherne, Jr.
December 9, 2021

| | | |
|---|---|---|
| 1 | Q | Okay.  Is that your signature there next to, |
| 2 | | witness, on this page? |
| 3 | A | Yes, ma'am. |
| 4 | Q | Okay.  Do you recall signing this form? |
| 5 | A | My signature is there so, I guess, I do -- I |
| 6 | | would have signed it. |
| 7 | Q | Do you recall when you signed it? |
| 8 | A | To give you a specific as to when, no I |
| 9 | | cannot say when I specifically -- but I |
| 10 | | would -- due to -- I would think that due to |
| 11 | | what the form is that that would have been |
| 12 | | one of the first forms that was signed. |
| 13 | Q | And you mean when you were at the jail? |
| 14 | A | Yes, ma'am. |
| 15 | Q | Okay.  I'm going to stop sharing this |
| 16 | | exhibit, and share with you another one. |
| 17 | | Mr. Matherne, can you see the exhibit that |
| 18 | | I'm sharing with you right now? |
| 19 | A | Yes, ma'am. |
| 20 | Q | Okay.  So this was previously marked as |
| 21 | | Exhibit #19.  It is Bates numbered 19 |
| 22 | | through 21.  I think, you will notice it |
| 23 | | looks rather similar to the exhibit that we |
| 24 | | just reviewed, so hopefully we can move |
| 25 | | through it a little bit more quickly. |

Herman Matherne, Jr.
December 9, 2021

| | | |
|---|---|---|
| 1 | | Looking at the first page there it's titled, |
| 2 | | Affidavit.  Is this a document that you've |
| 3 | | seen before? |
| 4 | A | As the document that I used on that day. |
| 5 | | Yes, ma'am. |
| 6 | Q | Okay.  And in that first paragraph there it |
| 7 | | refers to, Sophia Cook-Phillips.  Do you see |
| 8 | | that? |
| 9 | A | Yes, ma'am. |
| 10 | Q | Okay.  And what was your role in drafting |
| 11 | | this document? |
| 12 | A | Just like the other one I'm the one that |
| 13 | | drafted the document. |
| 14 | Q | Okay.  And the charges that are listed there |
| 15 | | did you decide the charges listed in this |
| 16 | | document? |
| 17 | A | Those yes, ma'am.  Those were the charges |
| 18 | | that I witnessed the -- Ms. Cook-Phillips |
| 19 | | violating. |
| 20 | Q | And when we discussed the affidavit |
| 21 | | regarding Ms. Spoon and I had asked you if |
| 22 | | you consulted with anyone else regarding the |
| 23 | | charges you had mentioned the Company Guy as |
| 24 | | well as Mr. Barbera.  Did you consult with |
| 25 | | both of them as to the charges related to |

# **AFFIDAVIT**

Incident #

**STATE OF LOUISIANA**
Versus No. Cynthia Spoon

**STATE OF LOUISIANA**
Parish of St. Martin

Address:   1700 Willowood
Denton, Tx
76205

Before me, the undersigned authority in and for the Ward and Parish aforesaid personally appeared PPO Herman Matherne of the Parish and State aforesaid, who being duly sworn, deposes and says that Cynthia Spoon Late of the Parish of St. Martin on or about the 9th day of August 2018, 1100 hours, in the Parish of St. Martin did:

L.R.S.14:61 (B)(1) Unauthorized entry of a critical infrastructure
L.R.S. 14:108- Resisting an Officer

against the peace and dignity of the State of Louisiana. The affiant charges that the accused committed the above described offense based on the following information:

On August 9th, 2018, at 0845 hours PPO Herman Matherne, while assigned to provide security for HUB Enterprise, witnessed 1 kayak and 1 canoe blocking a barge from being moved into place. After repeatedly telling the occupants to move out of the area, they continued to block the barge and moved into the right of way of the pipeline. At that time, the occupants of the canoe (Cynthia Spoon - DOB:7/18/90 and Sophia Cookphillips - DOB 7/15/96) were informed that they were under arrest for the before mentioned offenses. Attempts were made to secure the females offenders and remove them from the canoe. THey both made efforts to avoid being removed from the canoe by placing their legs under the seat of the canoe. They continously attempted avoiding being placed in mechanical restraints. Once mechanical restraints were placed, the subjects refused to exit the canoe and when officers attempted to move them, they became "dead weight". They were eventually removed from the canoe and detained until all subjects were secured. They were then placed under arrest for the before mentioned offenes and transpoerted to the St. Martin Parish Jail without incident.

   Wherefore the affiant prays that said Cynthia Spoon be arrested and dealt with according to law.
   Sworn to and subscribed before me this ___9___ day of ___August___
20 _18_

_____
NOTARY-JUSTICE OF THE PEACE-JUDGE

_____
COMPLAINANT'S SIGNATURE
Address: 1400 Tiger Dr.
Thibodaux, LA 70301

## WITNESSES TO THE OFFENSE

Name             Address             Phone

**EXHIBIT 18**

000029

RONALD J. THERIOT, Sheriff
St. Martin Parish Sheriff's Office
St. Martinville, LA 70582

**BOOKING SHEET**
ARRESTING OFFICER: COMPLETE THIS PORTION OF FORM

Case # _____
Bureau
Ident. No. _____

SMSO-CID-1900

Date & Time of Arrest  08/09/2018  0845
Place of Arrest **SMSO**

NAME (Last, Middle, First) **Spoon    F    Cynthia**
ALIASES _____

ADDRESS **1700 Willowood, Denton, TX 76205**

DATE OF BIRTH **07/18/90**
PHONE # _____

PLACE OF BIRTH **Texas**

HEIGHT **5'-09"**    WEIGHT **135**    AGE **28**

HAIR **BLK**    EYES **BRN**

_____
DEFENDANT'S SIGNATURE

COMP. **Fair**    BUILD **Thin**    OCCUPATION(S) **None**

SCARS, MARKS, TATOOS **None**

RACE **White**    NATIONALITY **US**    SEX **Female**    SS No. **Unknown**

CHARGE(S) **14:61(B)(1)- Unauthorized entry of a critical infrastructure, 14:108- Resisting an Officer**

Location of Offense **Pipeline Canel near Bee Bayou**    Date **08/09/18**    Time

Weapons Used (if any) **N/A**    Narcotics found **None**

Amount Taken (burglary & theft) $ **N/A**    Amount recovered $ **N/A**

Persons Arrested **Cynthia Spoon**

BRIEF DETAILS **Subject was instructed not to enter area designated as a critical infrastructure. She entered said area, was instructed to vacate said area and refused. She was being placed under arrest and resisted arrest.**

Dr. Lic. No **N/A**    State **Tx**    Chau ___    Opr. ___    Expires ___

Veh. Make ___    Year ___    Type ___    Color ___

Veh. Lic. No. ___    State ___    Yr. ___    Veh. Owner ___

Address ___

LAST PLACE EMPLOYED **N/A**    ADDRESS / PHONE ___
FATHER **N/A**    ADDRESS / PHONE **N/A**
MOTHER **N/A**    ADDRESS / PHONE ___
WIFE-HUSBAND **N/A**    ADDRESS / PHONE **N/A**
SISTER ___    ADDRESS / PHONE ___
BROTHER ___    ADDRESS / PHONE ___
SON-DAUGHTER ___    ADDRESS / PHONE ___

Arresting Officers **PPO Herman Matherne**

Victim's Name: ___  Phone: ___
Address: ___
City, State, Zip: ___

SIGNATURE _____
ARRESTING OFFICER FILING REPORT

JAILER: Complete this portion of form.

Bond $ _____
RELEASED
DATE _____  TIME _____  BY WHOM _____  REASON _____

COURT DISPOSITION: _____

DATE: _____  PRINTED BY _____  PICTURED BY _____

Locker No. _____  Cell No. _____  CRIMINAL RECORD _____

000030

SMSO-CID-1000

STATE OF LOUISIANA
# ST. MARTIN PARISH SHERIFF'S OFFICE
ST. MARTINVILLE, LOUISIANA 70582

| | | | |
|---|---|---|---|
| Name: | Cynthia Spoon | Place: | SMSO |
| Address: | 1700 Willowood | Date: | 08/09/2018 |
| | Denton, TX 76205 | Time: | 1200 Hrs |
| Phone #: | UNK | | |
| Charge: | 14:61(B)(1) Unauthorized entry of a critical infrastructure | | |
| | 14:108 Resisting an Officer | | |
| Highest Grade Completed: | College | | |

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time.

You also have the right to stop answering at anytime until you talk to a lawyer.

Witness: _[signature]_                Signed: _[signature]_

Witness: _____

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Witness: _____          Signed: _____

Witness: _____

Time: _____

000031

# AFFIDAVIT

Incident #

**STATE OF LOUISIANA**         **STATE OF LOUISIANA**
Versus No. Sophia                Parish of St. Martin
       Cookphillips
Address:   1005 Singingwood Rd
           Sacramento, CA
           95864

Before me, the undersigned authority in and for the Ward and Parish aforesaid personally appeared PPO Herman Matherne of the Parish and State aforesaid, who being duly sworn, deposes and says that Sophia Cookphillips Late of the Parish of St. Martin on or about the 9th day of August 2018, 0845 hours, in the Parish of St. Martin did:

L.R.S.14:61(B)(1) Unauthorized entry of a critical infrastructure
L.R.S. 14:108- Resisting an Officer

against the peace and dignity of the State of Louisiana. The affiant charges that the accused committed the above described offense based on the following information:

On August 9th, 2018, at or around 0845 hours PPO Herman Matherne while assigned to provide security for HUB Enterprise, witnessed 1 kayak and 1 canoe blocking a barge from being moved into place. After repeatedly telling the occupants to move out of the area, they continued to block the barge and moved into the right of way of the pipeline. At that time, the occupants of the canoe (Cynthia Spoon, DOB:7/18/90 and Sophia Cookphillips, DOB: 7/15/96) were informed that they were under arrest for the before mention offenses. Attempts were made to secure the females and remove them from the canoe. They both made efforts to avoid being removed from the canoe by placing their legs under the seat of the canoe. They continously attempted avoiding being placed in mechanical restraints. Once mechanical restraints were placed, the subjects refused to exit the canoe and when officers attempted to move them, they became "dead weight". They were eventually removed from the canoe and detained until all subjects were secured. They were then placed under arrest for the before mentioned offenses and transported to the "St. Martin Parish Jail without incident.

   Wherefore the affiant prays that said Sophia Cookphillips be arrested and dealt with according to law.
   Sworn to and subscribed before me this ___9___ day of __August__
20 _18_

_____         _____
NOTARY-JUSTICE OF THE PEACE-JUDGE              COMPLAINANT'S SIGNATURE
                                               Address: 1400 Tiger Dr.
                                                        Thibodaux, LA 70301

WITNESSES TO THE OFFENSE

Name                        Address                    EXHIBIT          Phone

                                                         19              000019

SMSO-CID-1900

RONALD J. THERIOT, Sheriff
St. Martin Parish Sheriff's Office
St. Martinville, LA 70582

**BOOKING SHEET**
ARRESTING OFFICER: COMPLETE THIS PORTION OF FORM

Case # _____
Bureau
Ident. No. _____

Date & Time of Arrest **08/09/2018  0845**                    Place of Arrest **SMSO**

NAME *(Last, Middle, First)* **Cookphillips       Sophia**       ALIASES _____

ADDRESS **1005 Singingwood Rd. Sacramento, CA 95864**

DATE OF BIRTH **07/15/96**                                    PHONE # _____

PLACE OF BIRTH **Colorado**

HEIGHT **5'-08"**    WEIGHT **120**    AGE **22**

HAIR **BRN**    EYES **BLU**

_Sophia Cookphillips_ (signature)
DEFENDANT'S SIGNATURE

COMP. **Fair**    BUILD **Thin**    OCCUPATION (S) **None**

SCARS, MARKS, TATOOS **Tatoo: Right inner calf- 2 stars in a house.**

RACE **White**    NATIONALITY **US**    SEX **Female**    SS No. **Unknown**

CHARGE (S) **14:61(B)(1)- Unauthorized entry of a critical infrastructure, 14:108- Resisting an Officer**

Location of Offense **Pipeline Canel near Bee Bayou**    Date **08/09/18**    Time

Weapons Used (if any) **N/A**    Narcotics found **None**

Amount Taken (burglary & theft) $ **N/A**    Amount recovered $ **N/A**

Persons Arrested **Sophia Cookphillips**

**Information for Judge:**
BRIEF DETAILS **Subject was instructed not to enter area designated as a critical infrastructure. She entered said area, was instructed to vacate said area and refused. She was being placed under arrest and resisted arrest.**

Dr. Lic. No **N/A**    State _____    Chau _____    Opr. _____    Expires _____

Veh. Make _____    Year _____    Type _____    Color _____

Veh. Lic. No. _____    State _____    Yr. _____    Veh. Owner _____

Address _____

**RELATIVES**
LAST PLACE EMPLOYED **N/A**    ADDRESS / PHONE _____
FATHER **N/A**    ADDRESS / PHONE **N/A**
MOTHER **N/A**    ADDRESS / PHONE _____
WIFE-HUSBAND **N/A**    ADDRESS / PHONE **N/A**
SISTER _____    ADDRESS / PHONE _____
BROTHER _____    ADDRESS / PHONE _____
SON-DAUGHTER _____    ADDRESS / PHONE _____

Arresting Officers **PPO Herman Matherne**

Victim's Name: _____ Phone: _____
Address: _____
City, State, Zip: _____

SIGNATURE _____
ARRESTING OFFICER FILING REPORT

JAILER: Complete this portion of form.

Bond $ _____
RELEASED
DATE _____    TIME _____    BY WHOM _____    REASON _____

COURT DISPOSITION: _____

DATE: _____    PRINTED BY _____    PICTURED BY _____

Locker No. _____    Cell No. _____    CRIMINAL RECORD _____

SMSO-CID-1000

## STATE OF LOUISIANA
# ST. MARTIN PARISH SHERIFF'S OFFICE
### ST. MARTINVILLE, LOUISIANA 70582

Name: Sophia Cookphillips

Address: 1005 Singingwood Rd.

Sacramento, Ca

Phone # UNK

Charge: 14:61(B)(1) Unauthorized entry of a critical infrastructure
14:108 Resisting an Officer

Highest Grade Completed: Collage

Place: SMSO

Date: 08/09/2018

Time: 1208

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time.

You also have the right to stop answering at anytime until you talk to a lawyer.

Witness: _[signature]_

Witness: _____

Signed: _Sophia Cookphillips_ [signature]

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Witness: _____

Witness: _____

Time: _____

Signed: _____

000021