UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA SPOON, SOPHIA COOK-PHILLIPS, and ERIC MOLL,<br><br>Plaintiffs,<br><br>v.<br><br>BAYOU BRIDGE PIPELINE LLC, et al.,<br><br>Defendants. | Case No. 3:19-cv-00516-SDD-EWD |

**JOINT NOTICE OF RESOLUTION OF PLAINTIFFS'
CLAIMS AGAINST BAYOU BRIDGE PIPELINE, LLC**

COME NOW Plaintiffs Cynthia Spoon, Sophia Cook-Phillips and Eric Moll ("Plaintiffs"), through counsel, jointly with Defendant Bayou Bridge Pipeline LLC ("Bayou Bridge"), through counsel, hereby notify the Court and parties as follows:

Plaintiffs have reached an agreeable resolution of their claims against Bayou Bridge. Pursuant to Local Rule 16(c), Plaintiffs and Bayou Bridge request that the Court enter a conditional order of dismissal of Plaintiffs' claims against Bayou Bridge, allowing for reinstatement of the matter if the resolution is not consummated within the time stated in the order of dismissal.

All of Plaintiffs' claims against the remaining Defendants, as set forth in the First Amended Complaint and the Joint Proposed Pre-Trial Order, are unsettled, and Plaintiffs are prepared to present those claims for trial in accordance with the rulings of the Court.

Respectfully submitted,

*/s/James W. Craig*
James W. Craig, La. Bar No. 33687
Emily M. Washington, La. Bar No. 34143
Eric A. Foley, La. Bar No. 34199

Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)

jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org
eric.foley@macarthurjustice.org

*Attorneys for Plaintiffs*

2