**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| CYNTHIA SPOON, ET AL. | CIVIL ACTION |
| VERSUS | 19-516-SDD-SDJ |
| BAYOU BRIDGE PIPELINE, LLC, ET AL. | |

**ORDER**

Considering the *Joint Notice of Resolution of Plaintiffs' Claims Against Bayou Bridge Pipeline, LLC*,[1] the *Motion for Summary Judgment* filed by Bayou Bridge Pipeline, LLC[2] is hereby DENIED as MOOT.

The remaining *Motions for Summary Judgment* filed by Defendants St. Martin Parish Sheriff Ronald Theriot, Deputy Sharay Arabie, Deputy Stacey Blanchard, Deputy Troy Dupuis, Deputy Gabe Gauthier, Deputy Waversun Guidry, Deputy Norris Huval, and Deputy Chris Martin ("SMPSO Defendants");[3] Defendant HUB Enterprises ("HUB");[4] and Probation and Parole Defendants Heather Pennington, Herman Matherne, Jon Barbera, Mark Ward, Angela Adams and Douglas Black ("P&P Defendants),[5] are hereby GRANTED, for written reasons to be assigned.

Accordingly, the trial of this matter and all associated deadlines are canceled.

Signed in Baton Rouge, Louisiana on <u>May 31, 2023</u>.

_____
**SHELLY D. DICK,
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 200.
[2] Rec. Doc. 132.
[3] Rec. Doc. 89.
[4] Rec. Doc. 101.
[5] Rec. Doc. 129.