# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA SPOON, ET AL. | CIVIL ACTION |
| VERSUS | 19-516-SDD-SDJ |
| BAYOU BRIDGE PIPELINE, LLC, ET AL. | |

## JUDGMENT

For the written reasons assigned:

Judgment is hereby entered in favor of Defendants St. Martin Parish Sheriff Ronald Theriot, Deputy Sharay Arabie, Deputy Stacey Blanchard, Deputy Troy Dupuis, Deputy Gabe Gauthier, Deputy Waversun Guidry, Deputy Norris Huval, and Deputy Chris Martin; Defendant HUB Enterprises; and the Louisiana Department of Public Safety and Corrections Division of Probation and Parole ("P&P") Defendants Heather Pennington, Herman Matherne, Jon Barbera, Mark Ward, Angela Adams, and Douglas Black. This action brought by Plaintiffs Cynthia Spoon, Sophia Cook-Phillips, and Eric Moll is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>August 2, 2023</u>.

*Shelly D. Dick*
_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**